Submitted May 1, reversed June 17, 2009

In the Matter of E. H. B.,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

E. H. B.,
*Appellant.*

Jackson County Circuit Court
08143MC; A138451

210 P3d 928

James A. Palmer filed the brief for appellant.

John R. Kroger, Attorney General, Erika L. Hadlock, Acting Solicitor General, and Pamela J. Walsh, Assistant Attorney General, filed the brief for respondent.

Before Edmonds, Presiding Judge, and Wollheim, Judge, and Sercombe, Judge.

PER CURIAM

## PER CURIAM

Appellant seeks reversal of a judgment committing her as a mentally ill person for a period not to exceed 180 days. ORS 426.130. Appellant contends that the record does not establish by clear and convincing evidence that she is unable to provide for her basic needs as the result of a mental disorder. *See* ORS 426.005(1)(d). The state concedes that the record does not contain evidence sufficient to support the involuntary commitment. On *de novo* review, we accept the state's concession.

Reversed.